The People of the State of New York, Respondent, 
against
Denise McClean, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Ann E. Scherzer, J.), rendered November 20, 2017, after a nonjury trial, convicting her of attempted aggravated harassment in the second degree and harassment in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Ann E. Scherzer, J.), rendered November 20, 2017, affirmed.
The verdict was based on legally sufficient evidence and was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis to disturb the court's determinations concerning credibility. The court, as factfinder, was warranted in concluding that the voice mail message left by defendant on her daughter's cell phone stating, in part, "you better not never come to my house because I will kill you," constituted a threat that placed the victim in reasonable fear for her safety (see Penal Law § 240.30[1]; People v Thomas, 58 AD3d 445, 445-446 [2009], lv denied 12 NY3d 788 [2009]), particularly given their tumultuous and volatile relationship, and defendant's history of physical abuse that led to the victim being removed from defendant's custody as a child.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: June 21, 2019